# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH KENNEDY,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, *et al.*,<br><br>                Defendants. | Case No. 2:10-cv-01136-LDG-GWF<br><br>**ORDER** |

      On December 16, 2010, the Court denied Plaintiff's motion for leave to proceed *in forma pauperis* and directed Plaintiff to pay the filing fee to the Clerk of the Court's office on or before January 14, 2011.  (*See* #5).  Plaintiff complied with this order on January 13, 2011 and filed a receipt of payment.  (#7).  Accordingly,

      **IT IS HEREBY ORDERED** that the Clerk of the Court shall file Plaintiff's Complaint (#1-1) and issue summons as to all defendants.

      DATED this 7th day of February, 2011.

*[signature: George Foley Jr.]*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**