# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DEBORAH KENNEDY,

                Plaintiff,        Case No. 2:10-cv-01136-LDG-GWF

vs.                                   **ORDER**

MICHAEL J. ASTRUE, *et al.*,        Motion to File CM/ECF (#12)

                Defendants.

This matter is before the Court on Plaintiff's Motion To File with CM/ECF (#12), filed on February 24, 2011.

Pursuant to the United States District Court of the District of Nevada's Special Order #109, the ability to file electronically is reserved for attorneys unless the Court grants a non-attorney authorization to use the electronic filing system (CM/ECF). Plaintiff Deborah Kennedy requests the court allow her to use the court's CM/ECF system in order to file, access, and electronically serve documents in this case.

Having reviewed and considered the matter, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion To File with CM/ECF (#12) is **granted**. Plaintiff must comply with the following procedures in order to activate her CM/ECF account:

    a.    On or before **April 18, 2011**, Plaintiff must provide certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

    b.    Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

    c.    Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this 22nd day of March, 2011.

                                           */s/ George Foley, Jr.*
                                           **GEORGE FOLEY, JR.**
                                           **UNITED STATES MAGISTRATE JUDGE**