1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   Nevada State Bar No. 2137
3  CARLOS A. GONZALEZ
   Assistant United States Attorney
4  333 Las Vegas Blvd. So., #5000
   Las Vegas, Nevada  89101
5  Ph: (702) 388-6336
   Fax: (702) 388-6787
6  E-mail: Carlos.Gonzalez2@usdoj.gov
   Attorneys for the United States.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH KENNEDY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:10-cv-1136-LDG-RJJ) |
| | ) |
| MICHAEL J. ASTRUE, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

(First Request)

COMES NOW defendants, by and through their attorneys, Daniel G. Bogden, United States Attorney for the District of Nevada, and Carlos A. Gonzalez, Assistant United States Attorney, and request a thirty (30) day extension of time, to file an appropriate and meaningful response to Plaintiff's Complaint.

. . .

. . .

. . .

. . .

. . .

1  Defendants' current deadline to answer plaintiffs complaint
2  is April 11, 2011, but copies of the Administrative Record have
3  not been fully prepared.  It is anticipated that they will be
4  completed by May 11, 2011.
5  It is therefore respectfully requested that defendants be
6  granted a thirty (30) day extension of time to file an
7  appropriate pleading to answer complaint up to and including May
8  11, 2011.
9  DATED this 6th day of April 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

   /s/ Carlos A. Gonzalez
CARLOS A. GONZALEZ
Assistant United States Attorney


IT IS SO ORDERED:

*George Foley Jr.* (signature)
_____
UNITED STATES MAGISTRATE JUDGE

DATE:  April 11, 2011